| Date | Pleading Number | |
|---|---|---|
| 6/11/76 | 1. | MOTION W/SUPPORTING BRIEF -- Pltf. (A-3) Charlie Norton, etc. and Pltf. Clyde R. Morales (A-2), etc. -- w/Schedule A and certificate of service on involved counsel and clerks of court. REQUESTED TRANSFEREE FORUM: Southern District of Texas (Houston) |
| 6/21/76 | 2 | RESPONSE -- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and CROSS MOTION adding (B-16) to transfer to the Southern District of Texas |
| 6/24/76 | | APPEARANCES -- RICHARD R. BRANN, Southern Pacific Transportation Co. WILLIAM J. HICKEY, Local 1537, International Asst. of Machinists & Aerospace Workers International Asst. of Machinists & Aerospace Workers xxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx International Asst of Machinists & Aerospace Workers, District Lodge No. 51 International Brotherhood of Firemen, Oilers, Helpers, Roundhouse & Railway Shop Workers, Local 1016 International Asst. of Machinists & Aerospace Workers, District Lodge No. 15 International Asst. of Machinists Fiermen, Oilers, Helpser Roundhouse & Railway Shop Laborers, Local No. 1016 Brotherhood of Maintenance Way Employees Brotherhood of Railway Carmen of the U.S. & Canada S.M. HELMS, United Transportation Union W.W. WATKINS, Brotherhood of Railway, Airline & Steamship Clerks, Freight Handling, Empress & Station Employees Local 589 HENRY M. ROSENBLUM, V.L. Cross Clyde R. Morales Charlie Norton, Lillian Griffin. GABRIELLE K. McDONALD Johnny Mack Brown, W.L. Jackson Edward J. Smith, Melvin A. Obey JOHN A. PEAK Equal Employment Opportunity Comm. DAVID T. LOPEZ David Lozano BARRY H. RICHARDSON John Boyd EALY A. BENNETT Edward L. Downey William Kilgarlin Herbert Milburn JANET REUSCH Ricardo Diaz Barron, Joseph A. Bristol PETER RICCIONE, JR. Vincent Alexander |
| 6/28/76 | 3 | RESPONSE -- JOHNNY MACK BROWN, W. L. JACKSON, EDWARD J. SMITH MELVIN A. OBEY w/cert. of service |
| 6/28/76 | 4 | RESPONSE SOUTHERN PACIFIC TRANSPORTATION CO. w/cert. of service |
| 6/28/76 | | APPEARANCES -- GABRIELLE K. MCDONALD, ESQUIRE for Johnny Mack Brown W. L. Jackson, Edward J. smith, Melvin A. Obey CLARENCE M. SMALL for The United Transportation Union |
| 6/29/76 | 5 | RESPONSE -- Defendant Unions w/cert. of service |
| 7/2/76 | | HEARING ORDER -- Setting A-1 through A-15 and B-1 for hearing, July 23, 1976, Chicago, Illinois |
| 7/2/76 | | APPEARANCE -- W. W. WATKINS FOR Brotherhood of Railway Airline & Steamship Clerks |
| 7/6/76 | 6 | RESPONSE -- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION w/cert. of service |
| 7/9/76 | 7 | RESPONSE -- VINCENT ALEXANDER w/cert. of service |
| 7/13/76 | | APPEARANCE -- PETER C. PICCIONE, SR., ESQ. -- Vincent Alexander |
| 7/20/76 | *8 | MEMORANDUM IN SUPPORT OF CROSS MOTION -- Equal Employment Opportunity Commission w/certificiate of service. |

| Date | Pleading Number | |
|---|---|---|
| 7/21/76 | 9 | SUPPLEMENTAL RESPONSE -- Southern Pacific Transportation Co. w/ cert. of service |
| 7/23/76 | | WAIVER OF ORAL ARGUMENT -- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION by, JOHN A. PEAK, ESQ. UNITED TRANSPORTATION UNION by, CLARENCE M. SMALL, JR. FOR THE FIRM SOUTHERN PACIFIC TRANSPORTATION CO. by, RICHARD R. BRANN |
| 4/4/77 | | OPINION AND ORDER FILED TODAY  TRANSFERRING B-1 to be consolidated with A-1 thru A-10 TO THE SOUTHERN DISTRICT OF TEXAS UNDER 28 U.S.C. §1407 |
| 4/4/77 | | CONSENT for Judge Woodrow B. Seals to handle litigation (B-1 consolidated with A-1 thru A-10) under 28 U.S.C. §1407. |
| 3/23/78 | | ALVIN J. MOSLEY, ETC. V. SOUTHERN PACIFIC TRANSPORTATION CO., E.D.LA., 76-3721 Section E. ORDER TO SHOW CAUSE FILED TODAY.  Notified counsel involved judges (rew) |
| 4/7/78 | | HEARING ORDER -- Setting B-2 Alvin J. Mosley, etc. v. Southern Pacific Transportation Co., E.D. La., #76-3721-Sec. E  for hearing in Philadelphia, Pennsylvania on April 28, 1978 |
| 4/7/78 | 10 | RESPONSE -- Defendant Labor Organizations - to SCO w/cert. of svc. (ea) |
| 4/10/78 | 11 | RESPONSE -- Defendant Southern Pacific Transportation Co. -- to SCO w/cert. of service (cds) |
| 4/10/78 | 12 | RESPONSE -- Defendant Southern Pacific Transportation Company to SCO -- w/cert. of service, and Attachment A (cds) |
| 4/24/78 | | ORDER CONTINUING APRIL 28, 1978 HEARING IN PHILADELPHIA, PENNSYLVANIA -- Notified involved counsel (cds) |
| 5/1/78 | | HEARING ORDER -- setting B-2 Alvin J. Mosley, etc. v. Southern Pacific Transportation Co., E. D. La., C. A. No. 76-3721-Sec. E. for hearing in Phil., Pa. on May 26, 1978.  (ea) |
| 5/23/78 | | HEARING APPEARANCE FOR MAY 26, 1978 HEARING -- V. REAGAN BURCH, JR., ESQ. for Southern Pacific Transportation Co. (cds) |
| 5/23/78 | | WAIVER OF ORAL ARGUMENT FOR MAY 26, 1978 HEARING -- GABRIELLE K. McDONALD, ESQ. for Johnny Mack Brown, Etc. THOMAS A. WOODLEY, ESQ. for Brotherhood Railway Carmen,Lodge #31 G. PHILLIP SHULER, ESQ. for Southern Pacific Trans. Company(B-2) (cds) |
| 5/31/78 | | ORDER DENYING TRANSFER -- (B-2) Alvin J. Mosley, etc. v. Southern Pacific Transportation Co., E.D. La., C.A. No. 36-3721E -- Notified involved counsel, clerks and judges (cds) |
| 6/1/78 | | SUPPLEMENT RESPONSE -- Southern Pacific Transportation Co. (for pleading number 11, filed 4/10/78).     (ea) |

pg. 3

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 262 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/04/03 | | ORDER OF JUDGE SEALS REASSIGNING LITIGATION   (ds) |
| 81/04/03 | | ORDER REASSIGNING LITIGATION TO JUDGE Ross N. STERLING xxxxxxx<br>   Notified involved counsel and judges.   (ds) |

OPO.  4/4/77  429

DOCKET NO. 262 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed 8/14/84

## Description of Litigation

### IN RE SOUTHERN PACIFIC TRANSPORTATION COMPANY EMPLOYMENT PRACTICES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) 4/4/77

Consolidation Ordered _____ Name of Transferee Judge Woodrow B. Seals  Ross N. Sterling

Consolidation Denied _____ Transferee District S.D. Texas

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | V. L. Cross, etc. v. Southern Pacific Transportation Co., et al. | S.D.Tex Seals | 73-H-1074 | | | 1/2/80 | |
| A-2 | Clyde R. Morales, etc. v. Southern Pacific Transportation Co. | S.D.Tex Bue | 74-H-700 | | | 12/20/79 | |
| A-3 | Charlie Norton, etc. v. Southern Pacific Transportation Co., et al. | S.D.Tex Seals | 74-H-793 | | | 1/2/80 | |
| A-4 | Johnny Mack Brown, etc. v. Southern Pacific Transportation Co. | S.D.Tex Bue | 74-H-846 | | | closed | |
| A-5 | W. L. Jackson, etc. v. Southern Pacific Transportation Co. | S.D.Tex Hannay | 74-H-847 | | | 12/9/83 D | |
| A-6 | Herbert Milburn, etc. v. Southern Pacific Transportation Co. | S.D.Tex Singleton | 74-H-1611 | | | 8/14/84 D | |
| A-7 | Edward J. Smith v. Southern Pacific Transportation Co., et al. | S.D.Tex Hannay | 75-H-90 | | | | |
| A-8 | Lillian M. Griffin, etc. v. Southern Pacific Transportation Co. | S.D.Tex Singleton | 75-H-642 | | | 3/9/84 D | |
| A-9 | Equal Employment Opportunity Commission v. Southern Pacific Transportation Co., et al. | S.D.Tex Singleton | 75-H-1227 | | | 8/14/84 D | |

DOCKET NO. 262 (CONTINUED)                                   PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Melvin A. Obey v. Southern Pacific Transportation Co. | S.D.Tex Bue | 75-H-1357 | | | 8/14/84 D | |
| A-11 | David Lozano, Jr. v. Southern Pacific Transportation Co. | S.D.Tex Bue | 75-H-1389 | | | 8/14/84 D | |
| A-12 | John Boyd v. Southern Pacific Transportation Co. | S.D.Tex Noel | 75-H-2197 | | | 4/30/79 | |
| A-13 | Ricardo Diaz Barron, etc. v. Southern Pacific Transportation Co. | S.D.Tex Singleton | 76-H-224 | | | 8/14/84 D | |
| A-14 | Edward L. Downey, etc. v. Southern Pacific Transportation Co. | S.D.Tex Singleton | 76-H-804 | | | 8/14/84 D | |
| A-15 | Joseph A. Bristol, et al. v. Southern Pacific Transportation Co. ~~Consolidated with A~~ | W.D.Tex Sessions | EP 75-CA-146 | 4/4/77 | 73 H 1074 | con | |
| B-1 | Vincent Alexander v. Southern Pacific Transportation Co., et al. ~~Consolidated with A-1 (73-H-1074)~~ | W.D.La Putnam | 74-6-14 (Lafayette Div.) | 4/4/77 | 76 H 2105 | con | EEOC cross-motion 6/21/76 |
| XYZ-1 | Therman Moody v. Southern Pacific Transportation Co. | S.D.Tex | 76-H-975 | | | 6/25/82 D | |
| XYZ-2 | Radford L. Davis v. Southern Pacific Railroad Co. | S.D. Tex | 76-H-1143 | | | 12/20/79 | |
| XYZ-3 | Joseph Wright, Jr. v. Southern Pacific Transportation Co. | S.D.Tex | 76-h-1971 | | | 6/7/80 D | |
| B-2 | Alvin J. Mosley, Etc. v. Southern Pacific Transportation Co. | E.D.La Cassibry | 76-3728 sec. B — DENIED | | | | SCO 3/23 |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-4 | Raul Gonzalez v. Southern Pacific Transportation Company | S.D.Tex | H-78-999 | | | 8/14/84 D | |
| XYZ-5 | Ben Samuel Fisher v. Southern Pacific Railroad | S.D.Tex | H-76-2003 | | | 6/25/84 D | |
| XYZ-6 | Solomon Woods v. Southern Pacific Transportation Co. | S.D.Tex | 76-H-2081 | | | 12/19/83 D | |
| XYZ-7 | Vincent Alexander v. Southern Pacific Transportation Co. | S.D.Tex | 76-H-2105 | | | 6/18/84 D | |
| XYZ-8 | Bernardo Z. Eureste v. Southern Pacific Transportation Co | S.D.Tex | 77-H-21 | | | 1/7/80 | |
| XYZ-9 | Joseph A. Bristol v. Southern Pacific Transportation Co. | S.D.Tex | 77-H-746 | | | 8/14/84 D | |

July 1979 - 2 Tr; 23 XYZ; 5 Dis; 30 Pdg.

| XYZ-10 | Willie L. Jackson v. Southern Pacific Transportation Co., et al. | S.D.Tex | 78-1442 | | | 1/18/81 D | |

July 1980 - 2 TR / 24 XYZ / 8 Dis / 18 Pdg.
July 1981 - → 7 Dis / 17 Pdg
July 1982 - → 10 Dis / 16 Pdg
July 1983 - → 16
July 1984 - 4 Dis / 12 Pdg
July 1985 - Docket Closed

# ATTORNEY SERVICE LIST
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 262 -- IN RE SOUTHERN PACIFIC TRANSPORTATION COMPANY

EMPLOYMENT PRACTICES LITIGATION

| Plaintiff | Defendant |
|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY<br>Richard R. Brann, Esquire<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas  77002<br><br>LOCAL 1537, INTERNATIONAAL ASSOCIATION<br>  OF MACHINISTS & AEROSPACE WORKERS<br>INTERNATIONAL ASSOCIATION OF MACHINISTS<br>  AND AEROSPACE WORKERS<br>INTERNATIONAL ASSOCIATION OF MACHINISTS<br>  & AEROSPACE WORKERS, DISTRICT LODGE<br>  No. 51<br>INTERNATIONAL BROTHERHOOD OF FIREMEN,<br>  OILERS, HELPERS, ROUNDHOUSE &<br>  RAILWAY SHOP WORKERS, LOCAL 1016<br>INTERNATIONAL ASSOCIATION OF MACHINISTS<br>  & AEROSPACE WORKERS, DISTRICT LODGE<br>  No. 15<br>INTERNATIONAL ASSOCIATION OF MACHINISTS<br>  FIREMEN, OILERS, HELPERS, ROUNDHOUSE<br>  & RAILWAY SHOP LABORERS, LOCAL NO. 1016<br>BROTHERHOOD OF MAINTENANCE WAY EMPLOYEES<br>BROTHERHOOD OF RAILWAY CARMEN OF THE<br>  UNITED STATES & CANADA<br>William J. Hickey, Esquire<br>Mulholland, Hickey & Lyman<br>1125 15th Street, N.W.<br>Washington, D. C.  20005<br><br>UNITED TRANSPORTATION UNION<br><br>Clarence M. Small, Esq.<br>800 First National-<br>  Southern Natural Bldg.<br>Birmingham, Alabama  35200<br>BROTHERHOOD OF RAILWAY, AIRLINE &<br>  STEAMSHIP CLERKS, FREIGHT HANDLING,<br>  EXPRESS & STATION EMPLOYEES, LOCAL 589<br>W. W. Watkins, Esquire<br>Kronzer, Abraham & Watkins<br>800 Commerce Street Building<br>800 Commerce Street<br>Houston, Texas  77002 | V. L. CROSS, ETC. (A-1)<br>CLYDE R. MORALES, ETC. (A-2)<br>CHARLIE NORTON, ETC. (A-3)<br>LILLIAN GRIFFIN, ETC. (A-8)<br>Henry M. Rosenblum, Esquire<br>4635 Southwest Fwy<br>Suite 826<br>Houston, Texas  77027<br><br>JOHNNY MACK BROWN, ETC. (A-4)<br>W. L. JACKSON, ETC. (A-5)<br>EDWARD J. SMITH (A-7)<br>MELVIN A. OBEY (A-10)<br>Gabrielle K. McDonald, Esquire<br>McDonald & McDonald<br>1834 Southmore Blvd.<br>Houston, Texas  77004<br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION (A-9)<br>John A. Peak, Esquire<br>Trial Attorney<br>Equal Opportunity Commission<br>Denver Regional Office of<br>General Counsel<br>1531 Stout Street<br>Sixth Floor<br>Denver, Colorado  80202<br><br>DAVID LOZANO, JR., (A-11)<br>David T. Lopez, Esquire<br>David T. Lopez & Assoc.<br>4809 Montrose Boulevard<br>Houston, Texas  77006<br><br>JOHN BOYD (A-12)<br>Barry H. Richardson, Esquire<br>Suite 851, The Main Bldg.<br>1212 Main Street<br>Houston, Texas  77002<br><br>EDWARD L. DOWNEY, ETC. (A-14)<br>Ealy A. Bennett, Esquire<br>Bennett, Baugh & Bastine<br>201 Main Street<br><br>Suite 644<br>Houston, Texas  77002 |

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| HERBERT MILBURN, ETC. (A-6) <br> William Kilgarlin, Esquire <br> Kilgarlin, Dixon & Hancock <br> 310 Houston Bar Center Bldg. <br> Houston, Texas  77002 <br><br> RICARDO DIAZ BARRON, ETC. (A-13) <br> JOSEPH A. BRISTOL, ET AL. (A-15) <br> Janet Reusch, Esquire <br> 1011 North Mesa Street <br> El Paso, Texas  79902 <br><br> VINCENT ALEXANDER (B-1) <br> Peter Piccione, Jr., Esquire <br> 115 East Main Street <br> P.O. Box 2380 <br> Lafayette, Louisiana  70520 <br><br> ALVIN L. MOSLEY (B-2) <br> Roger A. Roy, Esquire <br> Exnicios & Nungesser <br> 7952 Chef Menteur Hwy. <br> New Orleans, Louisiana  70128 <br><br> SOUTHERN PACIFIC TRANSPORTATION CO. (B-2 defendant) <br> G. Phillip Shuler, Esquire <br> Chaffe, McCall, Phillips, Toler & Sarpy <br> 1500 First National Bank of Commerce Bldg. <br> New Orleans, Louisiana  70112 | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **262** -- IN RE SOUTHERN PACIFIC TRANSPORTATION COMPANY EMPLOYMENT PRACTICES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| SOUTHERN PACIFIC TRANSPORTATION CO. | A-1; A-2 thru A-15 **B-2** |
| LOCAL 1537, INTER'L ASSN. OF MACHINISTS & AEROSPACE WORKERS | A-1 |
| INTER'L ASSN. OF MACHINISTS & AEROSPACE WORKERS District Lodge No. 15 | A-1 ~~A-9~~ |
| INTER'L BROTHERHOOD OF FIREMEN, OILERS, HELPERS, ROUNDHOUSE & RAILWAY SHOP WORKERS LOCAL 1016 | A-7; A-9 |
| BROTHERHOOD OF RAILWAY AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLING EXPRESS & STATION EMPLOYEES, LOCAL 589 | A-9 |
| BROTHER OF MAINETNANCE OF WAY EMPLOYEES | A-9 |
| BROTHERHOOD OF RAILWAY CARMEN OF THE UNITED STATES & CANADA | A-9 |
| UNITED TRANSPORTATION UNION | A-9 |